MARGARET LAUN et al., Appellants, *v.* CECILIA J. KARL, Respondent, Impleaded with Another.

Submitted April 12, 1938; decided May 17, 1938.

*Benjamin Schaffer* and *Murray Zazeela* for appellants.
*William B. Davis, Theodore L. Karpf* and *E. C. Sherwood* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.